NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JUSTIN ELIN COLON,              )
                               )
            Appellant,          )
                               )
v.                             )        Case No. 2D18-681
                               )
STATE OF FLORIDA,               )
                               )
            Appellee.           )
_____)

Opinion filed August 23, 2019.

Appeal from the Circuit Court for
Hillsborough County; Samantha L. Ward,
Judge.

Howard L. Dimmig, II, Public Defender, and
Kevin Briggs, Assistant Public Defender,
Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Cerese Crawford Taylor,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.



LaROSE, MORRIS, and SLEET, JJ., Concur.